**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 04-21038 |
| | § | |
| LEONARDO M CHATO JR. | § | |
| | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/01/2004. The undersigned trustee was appointed on 06/01/2004.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                   $16,455.33

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $77.99 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $16,377.34 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rate to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/22/2004 and the deadline for filing government claims was 11/22/2004. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,395.46. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,395.46, for a total compensation of $2,395.46[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/04/2011                              By:   /s/ Horace Fox, Jr.
                                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher that the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1   Exhibit A

| Case No.: | 04-21038 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | CHATO JR., LEONARDO M | Date Filed (f) or Converted (c): | 06/01/2004 (f) |
| For the Period Ending: | 1/4/2011 | §341(a) Meeting Date: | 07/16/2004 |
| | | Claims Bar Date: | 11/22/2004 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1 REAL ESTATE, Lancaster California | $97,000.00 | $48,000.00 | DA | $0.00 | FA |
| **Asset Notes:** dbt lists value of 97,000, co owned with another, indicating that his interst is $48,000.00. No exemptions or liens were scheduled. Several brokers have declined to market the property. | | | | | |
| 2 REAL ESTATE | $7,000.00 | $7,000.00 | DA | $0.00 | FA |
| **Asset Notes:** Timeshare 1 week, St. Jann Alpenland, Salzburg, Austria | | | | | |
| 3 business checking account, Associated Bk | $13,000.00 | $13,000.00 | DA | $13,000.00 | FA |
| 4 personal checking acct, Associated Bk, 200 E. Randolph Chgo IL | $3,000.00 | $3,000.00 | DA | $3,000.00 | FA |
| 5 personal savings acct, Associated Bk, 200 E. Randolph Chicago IL | $20.64 | $20.64 | DA | $20.64 | FA |
| 6 retirement acct, Atc Cust fund, Aim Chtr Plan Trus | $2,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Retirement Accct, ATC Cust IRA FBO Fund ACct, 2510013909628509, $ 2000.00and Retirement Plan Trust Acct# 1510017756, $300.00 | | | | | |
| 7 retirement plan , west Suburban Bk | $300.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** retirement plan, #1510017756 | | | | | |
| 8 Mercury Grand Marquis, 2000, 118,000 miles | $750.00 | $0.00 | DA | $0.00 | FA |
| 9 accounts receivable (u) | $0.00 | $1,000.00 | DA | $0.00 | FA |
| **Asset Notes:** debtor testified that he had an outside billinf firm that collected receivables: has not provided detail | | | | | |
| 10 VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| INT Interest Asset | Unknown | Unknown | | $434.69 | Unknown |

**TOTALS (Excluding unknown value)**                     **Gross Value of Remaining Assets**

$123,070.64      $72,020.64      $16,455.33      $0.00

**Major Activities affecting case closing:**

Debtor was forced into bankrutpcy by several malpractice judgments. Filed a motion for turnover. There are further receivables to be collected and a possible interest in California real estate. Investigation and collection continues.

Consider motion to abandon some a/rs and real estate unless a remainder purchaser can be interested and employ accountant.

Contacted a real estate broker in California. He has not followed up. Get value from another broker. Mr. de'Medici will contact me with name of broker he knows there.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit A

| Case No.: | 04-21038 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | CHATO JR., LEONARDO M | | Date Filed (f) or Converted (c): | 06/01/2004 (f) |
| For the Period Ending: | 1/4/2011 | | §341(a) Meeting Date: | 07/16/2004 |
| | | | Claims Bar Date: | 11/22/2004 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Need another CA r/e broker to value land.

5.28.10
Try another CA broker, then abandon vacant land and close.

10.2.10
Bruce tried 2 other CA brokers to no avail.

**Initial Projected Date Of Final Report (TFR):**    03/31/2006    **Current Projected Date Of Final Report (TFR):**    12/31/2010

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-21038 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | CHATO JR., LEONARDO M | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******4608 | Money Market Acct #: | ******8152 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MONEY MARKET |
| For Period Beginning: | 6/1/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/09/2005 | (3) | LEONARD CHATO JR., MD | other schedule B property | 1129-000 | $13,000.00 | | $13,000.00 |
| 02/09/2005 | (4) | LEONARD CHATO JR., MD | other schedule B property | 1129-000 | $3,000.00 | | $16,000.00 |
| 02/09/2005 | (5) | LEONARD CHATO JR. MD | other schedule B property | 1129-000 | $20.64 | | $16,020.64 |
| 02/18/2005 | 101 | INTERNATIONAL SURETIES LTD | bond premium | 2300-000 | | $11.69 | $16,008.95 |
| 02/18/2005 | 101 | Reverses Check # 101 | bond premium | 2300-003 | | ($11.69) | $16,020.64 |
| 02/28/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $1.64 | | $16,022.28 |
| 03/24/2005 | 102 | INTERNATIONAL SURETIES LTD | bond payment | 2300-000 | | $11.92 | $16,010.36 |
| 03/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $3.40 | | $16,013.76 |
| 04/29/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $3.28 | | $16,017.04 |
| 05/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $3.41 | | $16,020.45 |
| 06/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $3.29 | | $16,023.74 |
| 07/29/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $3.39 | | $16,027.13 |
| 08/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $8.18 | | $16,035.31 |
| 09/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $7.91 | | $16,043.22 |
| 10/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $8.18 | | $16,051.40 |
| 11/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $7.92 | | $16,059.32 |
| 12/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $8.18 | | $16,067.50 |
| 01/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $8.19 | | $16,075.69 |
| 02/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $11.45 | | $16,087.14 |
| 03/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.66 | | $16,100.80 |
| 04/27/2006 | 103 | INTERNATIONAL SURITIES, LTD | bond premium | 2300-000 | | $12.28 | $16,088.52 |
| 04/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.23 | | $16,101.75 |
| 05/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.68 | | $16,115.43 |
| 06/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.25 | | $16,128.68 |
| 07/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.70 | | $16,142.38 |
| 08/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.71 | | $16,156.09 |
| 09/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.28 | | $16,169.37 |
| 10/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.74 | | $16,183.11 |
| | | | **SUBTOTALS** | | **$16,207.31** | **$24.20** | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-21038 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | CHATO JR., LEONARDO M | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******4608 | Money Market Acct #: | ******8152 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MONEY MARKET |
| For Period Beginning: | 6/1/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.30 | | $16,196.41 |
| 12/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.75 | | $16,210.16 |
| 01/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.78 | | $16,223.94 |
| 02/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $12.45 | | $16,236.39 |
| 03/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.78 | | $16,250.17 |
| 04/03/2007 | 104 | INTERNATIONAL SURETIES, LTD | blanket bond allocation | 2300-000 | | $12.89 | $16,237.28 |
| 04/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.35 | | $16,250.63 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.80 | | $16,264.43 |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.36 | | $16,277.79 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.83 | | $16,291.62 |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.84 | | $16,305.46 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | $10.39 | | $16,315.85 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $10.39 | | $16,326.24 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $2.04 | | $16,328.28 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $16,328.28 | $0.00 |

| | | | | SUBTOTALS | $158.06 | $16,341.17 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 04-21038 | |
| **Case Name:** | CHATO JR., LEONARDO M | |
| **Primary Taxpayer ID #:** | ******4608 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/1/2004 | |
| **For Period Ending:** | 1/4/2011 | |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Bank Name:** | BANK OF AMERICA |
| **Money Market Acct #:** | ******8152 |
| **Account Title:** | MONEY MARKET |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $16,365.37 | $16,365.37 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $16,328.28 | |
| | | | **Subtotal** | | $16,365.37 | $37.09 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $16,365.37 | $37.09 | |

**For the period of 6/1/2004 to 1/4/2011**

| | |
|---|---|
| Total Compensable Receipts: | $16,365.37 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,365.37 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $37.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $37.09 |
| Total Internal/Transfer Disbursements: | $16,328.28 |

**For the entire history of the account between 02/10/2005 to 1/4/2011**

| | |
|---|---|
| Total Compensable Receipts: | $16,365.37 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,365.37 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $37.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $37.09 |
| Total Internal/Transfer Disbursements: | $16,328.28 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 04-21038 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | CHATO JR., LEONARDO M | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4608 | | Checking Acct #: | ******1038 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/1/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2008 | | Transfer From MMA # ******1038 | Transfer For Bond Payment | 9999-000 | $14.95 | | $14.95 |
| 04/02/2008 | 2001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $14.95 | $0.00 |
| 04/02/2009 | | Transfer From MMA # ******1038 | Transfer For Bond Payment | 9999-000 | $11.90 | | $11.90 |
| 04/02/2009 | | Transfer From MMA # ******1038 | Transfer For Bond Payment | 9999-000 | $11.90 | | $23.80 |
| 04/02/2009 | | Transfer To Acct#******1038 | | 9999-000 | | $11.90 | $11.90 |
| 04/02/2009 | 2002 | International Sureties, LTD. | Bond Payment | 2300-000 | | $11.90 | $0.00 |
| 04/02/2009 | 2002 | VOID: International Sureties, LTD. | | 2300-003 | | ($11.90) | $11.90 |
| 04/02/2009 | 2003 | International Sureties, LTD. | Bond Payment | 2300-000 | | $11.90 | $0.00 |
| 04/28/2010 | | Transfer From MMA # ******1038 | Transfer For Bond Payment | 9999-000 | $14.05 | | $14.05 |
| 04/28/2010 | 2004 | International Sureties, LTD. | Bond Payment | 2300-000 | | $14.05 | $0.00 |
| | | | **TOTALS:** | | $52.80 | $52.80 | $0.00 |
| | | | Less: Bank transfers/CDs | | $52.80 | $11.90 | |
| | | | Subtotal | | $0.00 | $40.90 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $40.90 | |

**For the period of 6/1/2004 to 1/4/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $52.80 |
| | |
| Total Compensable Disbursements: | $40.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $40.90 |
| Total Internal/Transfer Disbursements: | $11.90 |

**For the entire history of the account between 03/31/2008 to 1/4/2011**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $52.80 |
| | |
| Total Compensable Disbursements: | $40.90 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $40.90 |
| Total Internal/Transfer Disbursements: | $11.90 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-21038 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | CHATO JR., LEONARDO M | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4608 | Money Market Acct #: | ******1038 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 6/1/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $16,328.28 | | $16,328.28 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $6.17 | | $16,334.45 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $8.32 | | $16,342.77 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $7.90 | | $16,350.67 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $6.48 | | $16,357.15 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $6.35 | | $16,363.50 |
| 04/02/2008 | | Transfer To # ******1038 | Transfer For Bond Payment | 9999-000 | | $14.95 | $16,348.55 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $5.36 | | $16,353.91 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $5.54 | | $16,359.45 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $5.36 | | $16,364.81 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $5.14 | | $16,369.95 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $4.16 | | $16,374.11 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $4.03 | | $16,378.14 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $3.18 | | $16,381.32 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $2.10 | | $16,383.42 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.75 | | $16,385.17 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.39 | | $16,386.56 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.26 | | $16,387.82 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.08 | | $16,388.90 |
| 04/02/2009 | | Transfer From Acct#******1038 | | 9999-000 | $11.90 | | $16,400.80 |
| 04/02/2009 | | Transfer To # ******1038 | Transfer For Bond Payment | 9999-000 | | $11.90 | $16,388.90 |
| 04/02/2009 | | Transfer To # ******1038 | Transfer For Bond Payment | 9999-000 | | $11.90 | $16,377.00 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.67 | | $16,377.67 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.70 | | $16,378.37 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.67 | | $16,379.04 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.70 | | $16,379.74 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.70 | | $16,380.44 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.67 | | $16,381.11 |
| | | | **SUBTOTALS** | | **$16,419.86** | **$38.75** | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 04-21038 | | | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|---|---|
| **Case Name:** | CHATO JR., LEONARDO M | | | **Bank Name:** | STERLING BANK |
| **Primary Taxpayer ID #:** | ******4608 | | | **Money Market Acct #:** | ******1038 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | MMA |
| **For Period Beginning:** | 6/1/2004 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 1/4/2011 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.70 | | $16,381.81 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.67 | | $16,382.48 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.70 | | $16,383.18 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.70 | | $16,383.88 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.63 | | $16,384.51 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.70 | | $16,385.21 |
| 04/28/2010 | | Transfer To # ******1038 | Transfer For Bond Payment | 9999-000 | | $14.05 | $16,371.16 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.67 | | $16,371.83 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.70 | | $16,372.53 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.67 | | $16,373.20 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.70 | | $16,373.90 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.70 | | $16,374.60 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.67 | | $16,375.27 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.70 | | $16,375.97 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.67 | | $16,376.64 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.70 | | $16,377.34 |

**SUBTOTALS** $10.28 $14.05

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-21038 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | CHATO JR., LEONARDO M | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4608 | | Money Market Acct #: | ******1038 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 6/1/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  |  |  | TOTALS: | $16,430.14 | $52.80 | $16,377.34 |
|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | $16,340.18 | $52.80 | |
|  |  |  | Subtotal | $89.96 | $0.00 | |
|  |  |  | Less: Payments to debtors | $0.00 | $0.00 | |
|  |  |  | Net | $89.96 | $0.00 | |

**For the period of 6/1/2004 to 1/4/2011**

| | |
|---|---|
| Total Compensable Receipts: | $89.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $89.96 |
| Total Internal/Transfer Receipts: | $16,340.18 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $52.80 |

**For the entire history of the account between 11/08/2007 to 1/4/2011**

| | |
|---|---|
| Total Compensable Receipts: | $89.96 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $89.96 |
| Total Internal/Transfer Receipts: | $16,340.18 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $52.80 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 04-21038 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | CHATO JR., LEONARDO M | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4608 | | Money Market Acct #: | ******1038 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 6/1/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $16,455.33 | $77.99 | $16,377.34 |

**For the period of 6/1/2004 to 1/4/2011**

| | |
|---|---|
| Total Compensable Receipts: | $16,455.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,455.33 |
| Total Internal/Transfer Receipts: | $16,392.98 |
| | |
| Total Compensable Disbursements: | $77.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $77.99 |
| Total Internal/Transfer Disbursements: | $16,392.98 |

**For the entire history of the case between 06/01/2004 to 1/4/2011**

| | |
|---|---|
| Total Compensable Receipts: | $16,455.33 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,455.33 |
| Total Internal/Transfer Receipts: | $16,392.98 |
| | |
| Total Compensable Disbursements: | $77.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $77.99 |
| Total Internal/Transfer Disbursements: | $16,392.98 |

CLAIM ANALYSIS REPORT

| Case No.: | 04-21038 | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | CHATO JR., LEONARDO M | | | | | Date: | 1/4/2011 |
| Claims Bar Date: | 11/22/2004 | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR.<br>6 East Monroe Suite 1004<br>Chicago IL 60603 | 10/13/2010 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,395.46 | $2,395.46 | $0.00 | $0.00 | $0.00 | $2,395.46 |
| | MANDELL MENKES LLC<br>333 W. Wacker Drive, Suite 300<br>Chicago IL 60606 | | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $112.00 | $112.00 | $0.00 | $0.00 | $0.00 | $112.00 |
| **Claim Notes:** | administrative expenses | | | | | | | | | | | |
| | MANDELL MENKES LLC<br>333 W. Wacker Dr. #300<br>Chicago IL 60606 | 09/18/2010 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $5,440.00 | $4,200.00 | $0.00 | $0.00 | $0.00 | $4,200.00 |
| **Claim Notes:** | Fee agreed to be reduced to $4200.00 | | | | | | | | | | | |
| 1 | WILLIAMS, JESSIE LEE, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF TONYA MARIE HOLMES<br>Attorneys, David W Hepplewhite<br>Peter D Kasdin LTD<br>135 S LaSalle Street Suite 4105<br>Chicago IL 60603 | 06/10/2004 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $50,000.00 | $50,000.00 | $0.00 | $0.00 | $0.00 | $50,000.00 |
| **Claim Notes:** | claim for personal injury/wrongful death | | | | | | | | | | | |
| 2 | BANK ONE DELAWARE, NA F.K.A. FIRST USA<br>c/o Weinstein, Treiger & Riley, P.S.<br>2101 4th Ave., Suite 900<br>Seattle WA 98121 | 09/13/2004 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $20,855.90 | $20,855.90 | $0.00 | $0.00 | $0.00 | $20,855.90 |
| 3 | MBNA AMERICA BANK N A<br>P O BOX 15168 MS 1423<br>Wilmington DE 19850 | 09/22/2004 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $22,681.21 | $22,681.21 | $0.00 | $0.00 | $0.00 | $22,681.21 |
| **Claim Notes:** | unsecured credit card | | | | | | | | | | | |

| **Case No.** | 04-21038 | | | | | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|---|---|---|---|
| **Case Name:** | CHATO JR., LEONARDO M | | | | | **Date:** | 1/4/2011 |
| **Claims Bar Date:** | 11/22/2004 | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee, LLP<br>P.O. Box 3001<br>Malvern PA 193550701 | 11/09/2004 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $15,292.81 | $15,292.81 | $0.00 | $0.00 | $0.00 | $15,292.81 |
| 5 | BANK ONE, N.A.<br>POB18223<br>Columbus OH 43218 | 11/17/2004 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $422.14 | $422.14 | $0.00 | $0.00 | $0.00 | $422.14 |

**Claim Notes:** Notices to agent Bank One, PO Box 3155, Milwaukee WI 53201-3155

| | | | | | | $117,199.52 | $115,959.52 | $0.00 | $0.00 | $0.00 | $115,959.52 |
|---|---|---|---|---|---|---|---|---|---|---|---|

Page No: 3     Exhibit C

## CLAIM ANALYSIS REPORT

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 04-21038 | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | CHATO JR., LEONARDO M | | **Date:** | 1/4/2011 |
| **Claims Bar Date:** | 11/22/2004 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Attorney for Trustee Expenses (Other Firm) | $112.00 | $112.00 | $0.00 | $0.00 | $0.00 | $112.00 |
| Attorney for Trustee Fees (Other Firm) | $5,440.00 | $4,200.00 | $0.00 | $0.00 | $0.00 | $4,200.00 |
| General Unsecured 726(a)(2) | $109,252.06 | $109,252.06 | $0.00 | $0.00 | $0.00 | $109,252.06 |
| Trustee Compensation | $2,395.46 | $2,395.46 | $0.00 | $0.00 | $0.00 | $2,395.46 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 04-21038
Case Name: LEONARDO M CHATO JR.
Trustee Name: Horace Fox, Jr.

 Balance on hand:    $16,377.34

Claims of secured creditors will be paid as follows: NONE

 Total to be paid to secured creditors:    $0.00
 Remaining balance:    $16,377.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Jr., Trustee Fees | $2,395.46 | $0.00 | $2,395.46 |
| Mandell Menkes LLC, Attorney for Trustee Fees | $4,200.00 | $0.00 | $4,200.00 |
| Mandell Menkes LLC, Attorney for Trustee Expenses | $112.00 | $0.00 | $112.00 |

 Total to be paid for chapter 7 administrative expenses:    $6,707.46
 Remaining balance:    $9,669.88

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

 Total to be paid to prior chapter administrative expenses:    $0.00
 Remaining balance:    $9,669.88

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

 Total to be paid to priority claims:    $0.00
 Remaining balance:    $9,669.88

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $109,252.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Williams, Jessie Lee, as special Administrator of the estate of Tonya Marie Holmes | $50,000.00 | $0.00 | $4,425.17 |
| 2 | Bank One Delaware, NA f.k.a. First USA | $20,855.90 | $0.00 | $1,845.82 |
| 3 | MBNA America Bank N A | $22,681.21 | $0.00 | $2,007.36 |
| 4 | American Express Centurion Bank | $15,292.81 | $0.00 | $1,353.47 |
| 5 | Bank One, N.A. | $422.14 | $0.00 | $37.36 |

Total to be paid to timely general unsecured claims:  $9,669.18
Remaining balance:  $0.70

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:  $0.00
Remaining balance:  $0.70

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:  $0.00

Remaining balance: $0.70