**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 04-21038 |
| | § | |
| LEONARDO M CHATO JR. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 s Dearborn, Room 713, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 2/3/2011, in Courtroom 615, 219 S Dearborn Chicago, IL 60604 United States Courthouse. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  01/04/2011         By:  /s/ Horace Fox, Jr.
                                      (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

| In re: | § | Case No. 04-21038 |
|---|---|---|
| | § | |
| LEONARDO M CHATO JR. | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $16,454.63
*and approved disbursements of*     $77.99
*leaving a balance on hand of[1]:*     $16,376.64

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $16,376.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Horace Fox, Jr., Trustee Fees | $2,395.46 | $0.00 | $2,395.46 |
| Mandell Menkes LLC, Attorney for Trustee Fees | $4,200.00 | $0.00 | $4,200.00 |
| Mandell Menkes LLC, Attorney for Trustee Expenses | $112.00 | $0.00 | $112.00 |

Total to be paid for chapter 7 administrative expenses:     $6,707.46
Remaining balance:     $9,669.18

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (9/1/2009)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $9,669.18 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $9,669.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $109,252.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Williams, Jessie Lee, as special Administrator of the estate of Tonya Marie Holmes | $50,000.00 | $0.00 | $4,425.17 |
| 2 | Bank One Delaware, NA f.k.a. First USA | $20,855.90 | $0.00 | $1,845.82 |
| 3 | MBNA America Bank N A | $22,681.21 | $0.00 | $2,007.36 |
| 4 | American Express Centurion Bank | $15,292.81 | $0.00 | $1,353.47 |
| 5 | Bank One, N.A. | $422.14 | $0.00 | $37.36 |

|  | Total to be paid to timely general unsecured claims: | $9,669.18 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

**UST-Form 101-7-NFR (9/1/2009)**

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ Horace Fox, Jr.
                         Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: rgreen                  Page 1 of 1                   Date Rcvd: Jan 06, 2011
Case: 04-21038                Form ID: pdf006               Total Noticed: 29

The following entities were noticed by first class mail on Jan 08, 2011.
db         +Leonardo M Chato, Jr,    175 N Harbor Drive,   # 1311,    Chicago, IL 60601-7850
aty        +Bernard W. Moltz,    Bernard W. Moltz & Associates,    77 W. Washington Street,    Suite 2110,
             Chicago, IL 60602-9703
aty        +Bruce E de'Medici,    Belongia, Shapiro & Franklin, LLP,    20 S. Clark Street,   Suite 300,
             Chicago, IL 60603-1896
8666045     American Express Centurion Bank,    c/o Becket and Lee, LLP,    P.O. Box 3001,
             Malvern, PA 19355-0701
8140212    +Bank One,    P O BOX 3155,    Milwaukee, WI 53201-3155
8479635    +Bank One Delaware, NA f.k.a. First USA,    c/o Weinstein, Treiger & Riley, P.S.,
             2101 4th Ave., Suite 900,    Seattle, WA 98121-2339
8140211    +Bernard W. Moltz,    Bernard W. Moltz & Associates,    77 W. Washington St., Suite 605,
             Chicago, IL 60602-3278
8140213    +Bridgeport Health Center,    3700 S. Wallace,   Chicago, IL 60609-1745
8140214    +Dorothy Swiney Administrator for,    Yvonne Jones,    c/oSal Indomenico & Associates, P.C.,
             161 N. Clark Street, Suite 2500,    Chicago, IL 60601-3272
8140215    +Dr. Robert W. Gutekunst,    c/o South Shore Hospital,    8012 S. Crandon Ave.,
             Chicago, IL 60617-1124
8140216    +Estate of Tonya Holmes,    c/o Peter Kasdin,    Attorney at Law,   135 S. LaSalle St., Suite 405,
             Chicago, IL 60603-4177
8140217     First National Bank,    P O Box 2951,   Omaha, NE 68103-2951
8140218     Fleet Visa,    P O Box 15368,   Wilmington, DE 19886-5368
8140219    +Harris Trust & Savings Bank,    111 W. Washington,   Chicago, IL 60602-2703
8140220    +Illinois State Medical,    Insurance Services, Inc.,    20 N. Michigan Ave., Suite 700,
             Chicago, IL 60602-4822
8140223    +Jung Hwang, M.D.,    c/o Mercy Hospital & Medical Center,    2525 S. Michigan Ave,
             Chicago, Il 60616-2333
8140210    +Leonardo M. Chato, Jr. M.D.,    175 N. Harbor Drive, Apt. 1311,    Chicago, IL 60601-7850
8512430    +MBNA America Bank N A,    P O BOX 15168 MS 1423,   Wilmington DE 19850-5168
8140225     MBNA American College of Surgeons,     P O box 15287,   Wilmington, DE 19886-5287
8140226     MBNA Chicago Medical Society,    P O Box 15187,   Wilmington, DE 19886-5137
8140224    +Maria Villareal, Administrator,    for Lynette King,    c/o Michael R. Panter & Associates,
             30 N. LaSalle St., Suite 1524,    Chicago, IL 60602-3343
8140227    +Mercy Hospital,    2525 S. Michigan Ave.,   Chicago, IL 60616-2332
8140230    +North Harbor Tower,    175 N. Harbor Dr.,   Chicago, IL 60601-7344
8140231    +OFFICE OF THE U.S. TRUSTEE,    227 WEST MONROE STREET, SUITE 3350,    CHICAGO, IL 60606-5099
8140232    +Optima American Express,    c/o Becket & Lee LLP,    POB 3001,   Malvern, PA 19355-0701
8140233    +South Shore Hospital,    8012 S. Crandon Ave.,   Chicago, IL 60617-1175
8140234    +West Suburban Bank,    P O box 1269,   Lombard, IL 60148-8269
8172935    +Williams, Jessie Lee,    David W Hepplewhite Peter D Kasdin LTD,
             135 S LaSalle Street Suite 4105,    Chicago IL 60603-4177

The following entities were noticed by electronic transmission on Jan 06, 2011.
tr         +E-mail/Text: HFOX@LEHMANFOX.COM                                  Horace Fox, JR,    Lehman & Fox,
             6 E Monroe St,    Chicago, IL 60603-2704
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8140221*    +Illinois State Medical,    Insurance Services, Inc.,    20 N. Michigan Ave, Suite 700,
             Chicago, IL 60602-4822
8140222*    +Illinois State Medical,    Insurance Services, Inc.,    20 N. Michigan Ave, Suite 700,
             Chicago, IL 60602-4822
8140228*    +Mercy Hospital,    2525 S. Michigan Ave,   Chicago, IL 60616-2332
8140229*    +Mercy Hospital,    2525 S. Michigan Ave,   Chicago, IL 60616-2332
                                                                                              TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 08, 2011**                      **Signature:** *Joseph Speetjens*