UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| In re: | § | Case No. 04-21038 |
|---|---|---|
|  | § |  |
| LEONARDO M CHATO JR. | § |  |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)     All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)     A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $107,050.00 | Assets Exempt: | $3,050.00 |
| Total Distributions to Claimants: | $5,244.94 | Claims Discharged Without Payment: | $203,201.27 |
| Total Expenses of Administration: | $6,785.45 | | |

3)     Total gross receipts of $16,456.34 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $4,425.95 (see **Exhibit 2**), yielded net receipts of $12,030.39 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $9,904.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $8,025.45 | $6,785.45 | $6,785.45 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $207,726.82 | $59,252.06 | $59,252.06 | $5,244.94 |
| **Total Disbursements** | $217,630.82 | $67,277.51 | $66,037.51 | $12,030.39 |

4). This case was originally filed under chapter 7 on 06/01/2004. The case was pending for 86 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/18/2011      By:   /s/ Horace Fox, Jr.
                                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| business checking account, Associated Bk | 1129-000 | $13,000.00 |
| personal checking acct, Associated Bk, 200 E. Randolph Chgo IL | 1129-000 | $3,000.00 |
| personal savings acct, Associated Bk, 200 E. Randolph Chicago IL | 1129-000 | $20.64 |
| Interest Asset | 1270-000 | $435.70 |
| **TOTAL GROSS RECEIPTS** | | **$16,456.34** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Clerk, US Bankruptcy Court (Claim No.1; Williams, Jessie Lee, as special Administrator of the estate of Tonya Marie Holmes) | Funds to Third Parties | 8500-001 | $4,425.95 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,425.95** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris Trust & Savings Bank | 4210-000 | $9,904.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$9,904.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $2,395.46 | $2,395.46 | $2,395.46 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $11.92 | $11.92 | $11.92 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $12.89 | $12.89 | $12.89 |
| International Sureties, LTD. | 2300-000 | NA | $40.90 | $40.90 | $40.90 |
| INTERNATIONAL | 2300-000 | NA | $12.28 | $12.28 | $12.28 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| SURITIES, LTD | | | | | |
| Mandell Menkes LLC, Attorney for Trustee | 3210-000 | NA | $5,440.00 | $4,200.00 | $4,200.00 |
| Mandell Menkes LLC, Attorney for Trustee | 3220-000 | NA | $112.00 | $112.00 | $112.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $8,025.45 | $6,785.45 | $6,785.45 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Bank One Delaware, NA f.k.a. First USA | 7100-000 | $20,880.00 | $20,855.90 | $20,855.90 | $1,846.14 |
| 3 | MBNA America Bank N A | 7100-000 | $22,357.67 | $22,681.21 | $22,681.21 | $2,007.72 |
| 4 | American Express Centurion Bank | 7100-000 | $15,295.00 | $15,292.81 | $15,292.81 | $1,353.71 |
| 5 | Bank One, N.A. | 7100-000 | NA | $422.14 | $422.14 | $37.37 |
| | Dorothy Swiney Administrator for Yvonne Jones | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| | First National Bank | 7100-000 | $7,221.84 | NA | NA | $0.00 |
| | Fleet Visa | 7100-000 | $8,163.65 | NA | NA | $0.00 |
| | Maria Villareal, Administrator for Lynette King | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| | MBNA Chicago Medical Society | 7100-000 | $13,270.80 | NA | NA | $0.00 |
| | Mercy Hospital | 7100-000 | $12,000.00 | NA | NA | $0.00 |
| | North Harbor Tower | 7100-000 | $5,000.00 | NA | NA | $0.00 |
| | West Suburban Bank | 7100-000 | $3,537.86 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $207,726.82 | $59,252.06 | $59,252.06 | $5,244.94 |

**UST Form 101-7-TDR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1  Exhibit 8

| Case No.: | 04-21038 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | CHATO JR., LEONARDO M | | Date Filed (f) or Converted (c): | 06/01/2004 (f) |
| For the Period Ending: | 8/18/2011 | | §341(a) Meeting Date: | 07/16/2004 |
| | | | Claims Bar Date: | 11/22/2004 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE, Lancaster California | $97,000.00 | $48,000.00 | DA | $0.00 | FA |
| Asset Notes: | dbt lists value of 97,000, co owned with another, indicating that his interst is $48,000.00. No exemptions or liens were scheduled. Several brokers have declined to market the property. | | | | | |
| 2 | REAL ESTATE | $7,000.00 | $7,000.00 | DA | $0.00 | FA |
| Asset Notes: | Timeshare 1 week, St. Jann Alpenland, Salzburg, Austria | | | | | |
| 3 | business checking account, Associated Bk | $13,000.00 | $13,000.00 | | $13,000.00 | FA |
| 4 | personal checking acct, Associated Bk, 200 E. Randolph Chgo IL | $3,000.00 | $3,000.00 | | $3,000.00 | FA |
| 5 | personal savings acct, Associated Bk, 200 E. Randolph Chicago IL | $20.64 | $20.64 | | $20.64 | FA |
| 6 | retirement acct, Atc Cust fund, Aim Chtr Plan Trus | $2,000.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | Retirement Accct, ATC Cust IRA FBO Fund ACct, 2510013909628509, $ 2000.00and Retirement Plan Trust Acct# 1510017756, $300.00 | | | | | |
| 7 | retirement plan , west Suburban Bk | $300.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | retirement plan, #1510017756 | | | | | |
| 8 | Mercury Grand Marquis, 2000, 118,000 miles | $750.00 | $0.00 | DA | $0.00 | FA |
| 9 | accounts receivable (u) | $0.00 | $1,000.00 | DA | $0.00 | FA |
| Asset Notes: | debtor testified that he had an outside billinf firm that collected receivables: has not provided detail | | | | | |
| 10 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| INT | Interest Asset | Unknown | Unknown | | $435.70 | FA |

**TOTALS (Excluding unknown value)**           **Gross Value of Remaining Assets**

$123,070.64    $72,020.64    $16,456.34    $0.00

**Major Activities affecting case closing:**

Debtor was forced into bankrutpcy by several malpractice judgments. Filed a motion for turnover. There are further receivables to be collected and a possible interest in California real estate. Investigation and collection continues.

Consider motion to abandon some a/rs and real estate unless a remainder purchaser can be interested and employ accountant.

Contacted a real estate broker in California. He has not followed up. Get value from another broker. Mr. de'Medici will contact me with name of broker he knows there.

Case 04-21038   Doc 39   Filed 08/19/11   Entered 08/19/11 15:44:10   Desc Main
Document      Page 6 of 15

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2        Exhibit 8

| Case No.: | 04-21038 | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | CHATO JR., LEONARDO M | | | | Date Filed (f) or Converted (c): | 06/01/2004 (f) |
| For the Period Ending: | 8/18/2011 | | | | §341(a) Meeting Date: | 07/16/2004 |
| | | | | | Claims Bar Date: | 11/22/2004 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.**<br>**DA=§ 554(c) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |

Need another CA r/e broker to value land.

5.28.10
Try another CA broker, then abandon vacant land and close.

10.2.10
Bruce tried 2 other CA brokers to no avail.
Final report in Court 2.3.2011.
4425.95 still in bank as of 5.27.11.  Verified that fact with Sterling.  Call attorney and ask did he get the check and why it has not been cashed.  His address had changed from the one on the claim.  5.27.11

Spoke to Peter Kasidin, he has the check and must look for a release ( State paid ).  The check is not lost.  Contact him in 2 weeks, he must get file from storage. Need zero balance before I can close case 6.3.11

| **Initial Projected Date Of Final Report (TFR):** | 03/31/2006 | **Current Projected Date Of Final Report (TFR):** | 12/31/2010 | /s/ HORACE FOX, JR. |
| | | | | HORACE FOX, JR. |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-21038 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | CHATO JR., LEONARDO M | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******4608 | | Money Market Acct #: | ******8152 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 6/1/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/18/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/09/2005 | (3) | LEONARD CHATO JR., MD | other schedule B property | 1129-000 | $13,000.00 | | $13,000.00 |
| 02/09/2005 | (4) | LEONARD CHATO JR., MD | other schedule B property | 1129-000 | $3,000.00 | | $16,000.00 |
| 02/09/2005 | (5) | LEONARD CHATO JR. MD | other schedule B property | 1129-000 | $20.64 | | $16,020.64 |
| 02/18/2005 | 101 | INTERNATIONAL SURETIES LTD | bond premium | 2300-000 | | $11.69 | $16,008.95 |
| 02/18/2005 | 101 | Reverses Check # 101 | bond premium | 2300-003 | | ($11.69) | $16,020.64 |
| 02/28/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $1.64 | | $16,022.28 |
| 03/24/2005 | 102 | INTERNATIONAL SURETIES LTD | bond payment | 2300-000 | | $11.92 | $16,010.36 |
| 03/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $3.40 | | $16,013.76 |
| 04/29/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $3.28 | | $16,017.04 |
| 05/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $3.41 | | $16,020.45 |
| 06/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $3.29 | | $16,023.74 |
| 07/29/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | $3.39 | | $16,027.13 |
| 08/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $8.18 | | $16,035.31 |
| 09/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $7.91 | | $16,043.22 |
| 10/31/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $8.18 | | $16,051.40 |
| 11/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $7.92 | | $16,059.32 |
| 12/30/2005 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $8.18 | | $16,067.50 |
| 01/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | $8.19 | | $16,075.69 |
| 02/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $11.45 | | $16,087.14 |
| 03/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.66 | | $16,100.80 |
| 04/27/2006 | 103 | INTERNATIONAL SURITIES, LTD | bond premium | 2300-000 | | $12.28 | $16,088.52 |
| 04/28/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.23 | | $16,101.75 |
| 05/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.68 | | $16,115.43 |
| 06/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.25 | | $16,128.68 |
| 07/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.70 | | $16,142.38 |
| 08/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.71 | | $16,156.09 |
| 09/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.28 | | $16,169.37 |
| 10/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.74 | | $16,183.11 |
| | | | **SUBTOTALS** | | $16,207.31 | $24.20 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-21038 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | CHATO JR., LEONARDO M | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******4608 | Money Market Acct #: | ******8152 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MONEY MARKET |
| For Period Beginning: | 6/1/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/18/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.30 | | $16,196.41 |
| 12/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.75 | | $16,210.16 |
| 01/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.78 | | $16,223.94 |
| 02/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $12.45 | | $16,236.39 |
| 03/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.78 | | $16,250.17 |
| 04/03/2007 | 104 | INTERNATIONAL SURETIES, LTD | blanket bond allocation | 2300-000 | | $12.89 | $16,237.28 |
| 04/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.35 | | $16,250.63 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.80 | | $16,264.43 |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.36 | | $16,277.79 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.83 | | $16,291.62 |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $13.84 | | $16,305.46 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | $10.39 | | $16,315.85 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $10.39 | | $16,326.24 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $2.04 | | $16,328.28 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $16,328.28 | $0.00 |

| | | | | **SUBTOTALS** | $158.06 | $16,341.17 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-21038 | Trustee Name: | Horace Fox, Jr. |
| --- | --- | --- | --- |
| Case Name: | CHATO JR., LEONARDO M | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******4608 | Money Market Acct #: | ******8152 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MONEY MARKET |
| For Period Beginning: | 6/1/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/18/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | **TOTALS:** | | $16,365.37 | $16,365.37 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $16,328.28 | |
| | | | **Subtotal** | | $16,365.37 | $37.09 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $16,365.37 | $37.09 | |

**For the period of 6/1/2004 to 8/18/2011**

| | |
| --- | --- |
| Total Compensable Receipts: | $16,365.37 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,365.37 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $37.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $37.09 |
| Total Internal/Transfer Disbursements: | $16,328.28 |

**For the entire history of the account between 02/10/2005 to 8/18/2011**

| | |
| --- | --- |
| Total Compensable Receipts: | $16,365.37 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,365.37 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $37.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $37.09 |
| Total Internal/Transfer Disbursements: | $16,328.28 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-21038 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | CHATO JR., LEONARDO M | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4608 | | Checking Acct #: | ******1038 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/1/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/18/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2008 | | Transfer From MMA # ******1038 | Transfer For Bond Payment | 9999-000 | $14.95 | | $14.95 |
| 04/02/2008 | 2001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $14.95 | $0.00 |
| 04/02/2009 | | Transfer From MMA # ******1038 | Transfer For Bond Payment | 9999-000 | $11.90 | | $11.90 |
| 04/02/2009 | | Transfer From MMA # ******1038 | Transfer For Bond Payment | 9999-000 | $11.90 | | $23.80 |
| 04/02/2009 | | Transfer To Acct#******1038 | | 9999-000 | | $11.90 | $11.90 |
| 04/02/2009 | 2002 | International Sureties, LTD. | Bond Payment | 2300-000 | | $11.90 | $0.00 |
| 04/02/2009 | 2002 | VOID: International Sureties, LTD. | | 2300-003 | | ($11.90) | $11.90 |
| 04/02/2009 | 2003 | International Sureties, LTD. | Bond Payment | 2300-000 | | $11.90 | $0.00 |
| 04/28/2010 | | Transfer From MMA # ******1038 | Transfer For Bond Payment | 9999-000 | $14.05 | | $14.05 |
| 04/28/2010 | 2004 | International Sureties, LTD. | Bond Payment | 2300-000 | | $14.05 | $0.00 |
| 02/15/2011 | | Transfer From: MMA # ******1038 | Transfer to Close Account | 9999-000 | $16,378.35 | | $16,378.35 |
| 02/15/2011 | 2005 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $2,395.46 | $13,982.89 |
| 02/15/2011 | 2006 | Mandell Menkes LLC | Final Dividend: 25.64; Amount Allowed: 4,200.00; | 3210-000 | | $4,200.00 | $9,782.89 |
| 02/15/2011 | 2007 | Mandell Menkes LLC | Final Dividend: 0.68; Amount Allowed: 112.00; | 3220-000 | | $112.00 | $9,670.89 |
| 02/15/2011 | 2008 | Williams, Jessie Lee, as special Administrator of the estate of Tonya Marie Holmes | Final Claim #: 1; Dividend: 27.02; Amount Allowed: 50,000.00; STOPED PAYMENT BECAUSE THE ADDRESS TO ISSUE OUT THE CHECK CHANGED | 7100-000 | | $4,425.95 | $5,244.94 |
| 02/15/2011 | 2009 | Bank One Delaware, NA f.k.a. First USA | Final Claim #: 2; Dividend: 11.27; Amount Allowed: 20,855.90; | 7100-000 | | $1,846.14 | $3,398.80 |
| 02/15/2011 | 2010 | MBNA America Bank N A | Final Claim #: 3; Dividend: 12.25; Amount Allowed: 22,681.21; | 7100-000 | | $2,007.72 | $1,391.08 |
| 02/15/2011 | 2011 | American Express Centurion Bank | Final Claim #: 4; Dividend: 8.26; Amount Allowed: 15,292.81; | 7100-000 | | $1,353.71 | $37.37 |
| 02/15/2011 | 2012 | Bank One, N.A. | Final Claim #: 5; Dividend: 0.22; Amount Allowed: 422.14; | 7100-000 | | $37.37 | $0.00 |
| 03/15/2011 | 2008 | STOP PAYMENT: Williams, Jessie Lee, as special Administrator of the estate of Tonya | Final Claim #: 1; Dividend: 27.02; Amount Allowed: 50,000.00; | 7100-004 | | ($4,425.95) | $4,425.95 |

| | | | | **SUBTOTALS** | $16,431.15 | $12,005.20 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-21038 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | CHATO JR., LEONARDO M | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4608 | Checking Acct #: | ******1038 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/1/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/18/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/15/2011 | 2013 | Williams, Jessie Lee, as special Administrator of the estate of Tonya Marie Holmes | Final Claim #: 1; Dividend: 27.02; Amount Allowed: 50,000.00; Check previously stoped and this was to reissue due to the fact that the address was changed. | 7100-000 | | $4,425.95 | $0.00 |
| 06/29/2011 | 2013 | Williams, Jessie Lee, as special Administrator of the estate of Tonya Marie Holmes | Void of Check# 2013 | 7100-003 | | ($4,425.95) | $4,425.95 |
| 06/29/2011 | 2014 | Clerk, US Bankruptcy Court | Unclaimed Funds | 7100-001 | | $4,425.95 | $0.00 |
| 06/29/2011 | 2014 | Clerk, US Bankruptcy Court | Void of Check# 2014 | 7100-003 | | ($4,425.95) | $4,425.95 |
| 06/29/2011 | 2015 | Clerk, US Bankruptcy Court | Unclaimed Funds, attorney for Jessie Williams, Peter Kasidan returned the funds saying he was not due the funds because Wms had been paid. | 8500-001 | | $4,425.95 | $0.00 |
| | | | **TOTALS:** | | $16,431.15 | $16,431.15 | $0.00 |
| | | | Less: Bank transfers/CDs | | $16,431.15 | $11.90 | |
| | | | Subtotal | | $0.00 | $16,419.25 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $16,419.25 | |

| For the period of 6/1/2004 to 8/18/2011 | | For the entire history of the account between 03/31/2008 to 8/18/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $16,431.15 | Total Internal/Transfer Receipts: | $16,431.15 |
| | | | |
| Total Compensable Disbursements: | $16,419.25 | Total Compensable Disbursements: | $16,419.25 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,419.25 | Total Comp/Non Comp Disbursements: | $16,419.25 |
| Total Internal/Transfer Disbursements: | $11.90 | Total Internal/Transfer Disbursements: | $11.90 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-21038 | | | Trustee Name: | Horace Fox, Jr. |
| --- | --- | --- | --- | --- | --- |
| Case Name: | CHATO JR., LEONARDO M | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4608 | | | Money Market Acct #: | ******1038 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MMA |
| For Period Beginning: | 6/1/2004 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/18/2011 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $16,328.28 | | $16,328.28 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $6.17 | | $16,334.45 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $8.32 | | $16,342.77 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $7.90 | | $16,350.67 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $6.48 | | $16,357.15 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $6.35 | | $16,363.50 |
| 04/02/2008 | | Transfer To # ******1038 | Transfer For Bond Payment | 9999-000 | | $14.95 | $16,348.55 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $5.36 | | $16,353.91 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $5.54 | | $16,359.45 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $5.36 | | $16,364.81 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $5.14 | | $16,369.95 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $4.16 | | $16,374.11 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $4.03 | | $16,378.14 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $3.18 | | $16,381.32 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $2.10 | | $16,383.42 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.75 | | $16,385.17 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.39 | | $16,386.56 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.26 | | $16,387.82 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.08 | | $16,388.90 |
| 04/02/2009 | | Transfer From Acct#******1038 | | 9999-000 | $11.90 | | $16,400.80 |
| 04/02/2009 | | Transfer To # ******1038 | Transfer For Bond Payment | 9999-000 | | $11.90 | $16,388.90 |
| 04/02/2009 | | Transfer To # ******1038 | Transfer For Bond Payment | 9999-000 | | $11.90 | $16,377.00 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.67 | | $16,377.67 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.70 | | $16,378.37 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.67 | | $16,379.04 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.70 | | $16,379.74 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.70 | | $16,380.44 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.67 | | $16,381.11 |
| | | | **SUBTOTALS** | | $16,419.86 | $38.75 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-21038 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | CHATO JR., LEONARDO M | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4608 | Money Market Acct #: | ******1038 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 6/1/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/18/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.70 | | $16,381.81 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.67 | | $16,382.48 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.70 | | $16,383.18 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.70 | | $16,383.88 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.63 | | $16,384.51 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.70 | | $16,385.21 |
| 04/28/2010 | | Transfer To # ******1038 | Transfer For Bond Payment | 9999-000 | | $14.05 | $16,371.16 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.67 | | $16,371.83 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.70 | | $16,372.53 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.67 | | $16,373.20 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.70 | | $16,373.90 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.70 | | $16,374.60 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.67 | | $16,375.27 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.70 | | $16,375.97 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.67 | | $16,376.64 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.70 | | $16,377.34 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.70 | | $16,378.04 |
| 02/15/2011 | (INT) | STERLING BANK | Account Closing Interest As Of 2/15/2011 | 1270-000 | $0.31 | | $16,378.35 |
| 02/15/2011 | | Transfer To: # ******1038 | Transfer to Close Account | 9999-000 | | $16,378.35 | $0.00 |
| | | | **SUBTOTALS** | | $11.29 | $16,392.40 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 04-21038 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | CHATO JR., LEONARDO M | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4608 | Money Market Acct #: | ******1038 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 6/1/2004 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/18/2011 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $16,431.15 | $16,431.15 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $16,340.18 | $16,431.15 | |
| | | | **Subtotal** | | $90.97 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $90.97 | $0.00 | |

| For the period of 6/1/2004 to 8/18/2011 | | For the entire history of the account between 11/08/2007 to 8/18/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $90.97 | Total Compensable Receipts: | $90.97 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $90.97 | Total Comp/Non Comp Receipts: | $90.97 |
| Total Internal/Transfer Receipts: | $16,340.18 | Total Internal/Transfer Receipts: | $16,340.18 |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $16,431.15 | Total Internal/Transfer Disbursements: | $16,431.15 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 9     Exhibit 9

| Case No. | 04-21038 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | CHATO JR., LEONARDO M | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4608 | | Money Market Acct #: | ******1038 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 6/1/2004 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/18/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $16,456.34 | $16,456.34 | $0.00 |

**For the period of 6/1/2004 to 8/18/2011**

| | |
|---|---:|
| Total Compensable Receipts: | $16,456.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,456.34 |
| Total Internal/Transfer Receipts: | $32,771.33 |
| | |
| Total Compensable Disbursements: | $16,456.34 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,456.34 |
| Total Internal/Transfer Disbursements: | $32,771.33 |

**For the entire history of the case between 06/01/2004 to 8/18/2011**

| | |
|---|---:|
| Total Compensable Receipts: | $16,456.34 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,456.34 |
| Total Internal/Transfer Receipts: | $32,771.33 |
| | |
| Total Compensable Disbursements: | $16,456.34 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16,456.34 |
| Total Internal/Transfer Disbursements: | $32,771.33 |